# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALAN BROSZ, derivatively on behalf of BIG LOTS, INC., | : : : |
| Plaintiff, | : : |
| v. | Civil Action No. 1:13-cv-753-MHW-NMK : : |
| STEVEN S. FISHMAN, et al., | : Judge Michael H. Watson |
| Defendants | : Magistrate Judge Norah McCann King : : |
| and | : : |
| BIG LOTS, INC., | : : |
| Nominal Defendant. | : |

## STIPULATION AND ORDER STAYING ACTION

WHEREAS, on January 28, 2013 Plaintiff Alan Brosz ("Plaintiff") issued a pre-suit demand (the "Demand") on the Board of Directors of Big Lots, Inc. ("Big Lots" or the "Company");

WHEREAS, on September 9, 2013 the Big Lots Board of Directors rejected the Demand;

WHEREAS, Plaintiff filed his Verified Shareholder Derivative Complaint in this action on October 18, 2013 alleging the Demand had been wrongfully refused (the "Derivative Complaint");

WHEREAS Defendants filed a motion to dismiss the Derivative Complaint on December 18, 2013 (the "Motion to Dismiss");

WHEREAS, upon hearing by this Court, the Motion to Dismiss was granted but Plaintiff was provided the opportunity to seek leave to amend the Derivative Complaint within twenty-one (21) days (the "Order");

IT IS HEREBY STIPULATED, AGREED AND ORDERED, as follows:

1. Plaintiff may serve an inspection request pursuant to Ohio Rev. Code. § 1701.37 on the Big Lots Board of Directors (the "Inspection Request"), service of which may be made upon counsel for Defendants;

2. Defendants agree that Plaintiff is entitled to make the Inspection Request, however, Defendants expressly reserve all rights and objections regarding the scope and substance of the Inspection Request; and

3. The parties agree to the following schedule with respect to the Inspection Request:

- Plaintiff must serve his Inspection Request within five (5) business days of this Order;

- The parties shall meet and confer during the twenty (20) day period following service of the Inspection Request, in an effort to reach agreement regarding any potential objections and the documents that will be produced to Plaintiff by the Big Lots Board of Directors.

- Any documents that the Big Lots Board of Directors agrees to produce in response to the Inspection Request shall be produced within fifty (50) days following service of the Inspection Request.

- The date by which Plaintiff may move the Court for leave to amend the Complaint with regard to (1) the issue of whether Defendants wrongfully declined to initiate litigation in response to Plaintiff's demand letter; and (2) Count VII of the Complaint, shall be thirty (30) days following Plaintiff's receipt of the documents produced in response to the Inspection Request.

4. Except as specifically set forth herein, the Action shall be stayed while the Inspection Request is pending.

5. To the extent the parties cannot agree on the substance and scope of the Inspection Request or the documents to be produced in response thereto, and either party seeks judicial resolution of such a dispute, the parties agree that any such dispute may only be resolved by this Court in this Action, as opposed to in any other action.  The parties acknowledge that the Court's resolution of any such dispute regarding the Inspection Request may impact the schedule set forth above.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

Date:_____

**AGREED AND APPROVED.**

VORYS, SATER, SEYMOUR AND PEASE LLP

/s William D. Kloss, Jr.
William D. Kloss, Jr., Trial Attorney (0040854)
John J. Kulewicz (0008376)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6360
(614) 719-4807 – facsimile
wdklossjr@vorys.com
jjkulewicz@vorys.com

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Timothy G. Cameron
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
tcameron@cravath.com

*Counsel for the Individual Defendants
and Nominal Defendant Big Lots, Inc.*

**STRAUSS TROY**

BY: /s  Richard S. Wayne

Richard S. Wayne (0022390)
Thomas P. Glass (0062382)
Brett M. Renzenbrink (0086723)
150 East Fourth Street
Cincinnati, OH 45202
Telephone (513) 621-2120
Facsimile: (513) 629-9426

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone:  (610) 225-2677
Facsimile:  (610) 408-8062

**RYAN & MANISKAS, LLP**
Richard A. Maniskas
995 Old Eagle School Rd., Ste. 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile:  (484) 450-2582

*Counsel for Plaintiff*

5/04/2015 21719130 V.2