IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALAN BROSZ,

      Plaintiff,

  v.                                  Civil Action 2:13-cv-753
                                      Judge Michael H. Watson
                                      Magistrate Judge Jolson

STEVEN S. FISHMAN, et al.,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Complaint Under Seal. (Doc. 57). Defendants do not oppose Plaintiff's request. For good cause shown, Plaintiff's request to file under seal is **GRANTED.**

IT IS SO ORDERED.

Date: March 16, 2017                            /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE