IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE BIG LOTS, INC.
SHAREHOLDER LITIGATION

Civil Actions 2:12-cv-445
2:12-cv-447
2:12-cv-509
1:13-cv-753
Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

This matter is before the Court on Nominal Defendant Big Lots, Inc.'s Motion for Leave to File Motion to Dismiss Under Seal. (Doc. 92). As was previously explained in the Court's April 21, 2017 status conference and Order (Doc. 88), the Sixth Circuit has set a heavy burden on the moving party to justify filing documents under seal. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016) ("The burden of overcoming that presumption is borne by the party that seeks to seal them. The burden is a heavy one: Only the most compelling reasons can justify non-disclosure of judicial records.") (internal citations and quotations omitted).

Consistent with the discussions and reasoning during that status conference though, the Motion for Leave to File Motion to Dismiss Under Seal (Doc. 92) is **GRANTED**. As was the case with the Special Litigation Committee Report, as this case moves forward, the parties are **DIRECTED** to move promptly to unseal any and all information that does not warrant under-seal treatment.

IT IS SO ORDERED.

Date: April 27, 2017

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE