UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE BIG LOTS, INC.
SHAREHOLDER LITIGATION

Case No. 2:12-cv-445
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE JOLSON

## ORDER

It is hereby ordered that all future filings in any member case to this consolidated action be filed in the lead case, **2:12-cv-445**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT